UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI DALE LASTER, JR., | No. 2:25-cv-01135-DC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| ROBERT J. WENTZ, et al., | (Doc. Nos. 8, 12, 13) |
| Defendants. | |

Plaintiff is a former county jail inmate appearing *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 15, 2026, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with a court order. (Doc. No. 13.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 1–2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.[1]

---

[1] The court notes that on January 27, 2026, the service copy of the pending findings and recommendations was returned to the court marked as "Not in custody, Unable to forward." Thus, pursuant to Local Rule 183, Plaintiff was required to file a notice of his change of address with the court no later than March 6, 2026, and he has not done so.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on January 15, 2026 (Doc. No. 13) are ADOPTED;

2.    This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with a court order;

3.    Plaintiff's pending request to be *pro per* (Doc. No. 8) and motion to proceed *in forma pauperis* (Doc. No. 12) are denied as having been rendered moot by this order; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

_____
Dena Coggins
United States District Judge

2